IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00049-DME

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. JEROD M. REEVES, and
**2. KIMBERLY M. MCCAFFERY,**

 Defendants.

## ORDER SETTING CHANGE OF PLEA HEARING

 A Notice of Disposition was filed in the above matter on May 11, 2012, for Defendant Kimberly M. McCaffery.

 IT IS ORDERED THAT A Change of Plea hearing is set for **June 19, 2012, at 10:30 a.m. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than noon on June 15, 2012.** If these documents are not timely submitted, the hearing will be vacated. **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom at the time of the hearing (**see **D.C.COLO.LCrR 11.1F). The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the** *Booker* **and** *FanFan* **decisions, and they will only be accepted in certain circumstances.** In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for June 11, 2012, and the jury trial in this matter, set to commence June 18, 2012, are VACATED.

DATED: May  24th , 2012.

BY THE COURT:

*s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge