IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00049-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  KIMBERLY M. McCAFFERY,

    Defendant.

## MINUTE ORDER

**Honorable David M. Ebel**

    The Sentencing Hearing set on October 3, 2012, for Defendant Kimberly M. McCaffery has been rescheduled to October 5, 2012, at 11:00 a.m.

    DATED:  September 27, 2012